UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA m

| | |
|---|---|
| ROGER E. CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>WESLEY McALLISTER, et al.,<br><br>    Defendants. | No.  2:16-cv-0601 CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a complaint pursuant to 42 U.S.C. § 1983.  On April 8, 2016, plaintiff's original complaint was dismissed for failure to state a claim, and plaintiff was granted leave to file an amended complaint.  (ECF No. 14.)

Plaintiff's amended complaint is now before the court for screening.  (ECF No. 20.)  See 28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

////

////

////

1

In July 2015, plaintiff was examined at San Joaquin General Hospital and found to have cellulitis[1] of the lower left leg and foot, among other conditions. (ECF No. 20 at 27.) After treatment, plaintiff's hospital discharge notes indicated that his cellulitis was "resolving." (Id. at 29.) Plaintiff alleges that, for fourteen months prior to his June 2015 hospital visit, prison medical staff failed to diagnose and treat his cellulitis, despite symptoms of bruising and discoloration. (Id. at 9.)

Records attached to the complaint indicate that, between December 3, 2014 and February 10, 2015, plaintiff had more than fifteen Primary Care Provider evaluations at California Medical Facility, including reviews of his medical history and symptoms. (Id. at 20.) During that time, he was administered six blood tests. (Id.) On January 8, 2015, "the PCP's notations indicate[d] you had no cracking, bleeding or infected skin" and instructed plaintiff to buy lotion. (Id.)

Having reviewed the amended complaint and attached documents, the undersigned concludes that plaintiff fails to state an Eighth Amendment claim against any defendant under the standard set forth in the April 8, 2016 screening order. See Daniels-Hall v. National Educ. Ass'n, 629 F.3d 992, 998 (9th Cir. 2010) (while the court must assume plaintiff's factual allegations are true, it is not required to accept allegations that are "merely conclusory, unwarranted deductions of fact, or unreasonable inferences.") At most, plaintiff alleges negligence and/or a difference of medical opinion as to his multiple health issues.

Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action. (ECF No. 18.) Because it appears that another round of amendment would be futile, the undersigned will dismiss this action without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice for failure to state a claim; and
2. The Clerk of Court shall close this case.

Dated: August 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / clar0601.fac

---

[1] A potentially serious bacterial skin infection.