UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER E. CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESLEY McALLISTER, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0601 CKD P<br><br><br>ORDER |

　　This pro se prisoner civil rights action was dismissed without prejudice for failure to state a claim on August 16, 2016.  (ECF No. 21.)  Before the court is plaintiff's motion for reconsideration of the judgment.  (ECF No. 23.)

　　A district court[1] may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.  Here, the court's decision to dismiss this action without prejudice was not clearly erroneous nor manifestly unjust,

---

[1] Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action.  (ECF No. 18.)

and none of the other factors apply.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 23) is denied.

Dated:  September 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / clar0601.R60

2